# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGOC LAM CHE,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN T. VIDOVICH,<br><br>    Defendant. | Case No. 17-cv-00215 NC<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. 11 |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed by May 31, 2017.  All scheduled dates are VACATED.

IT IS SO ORDERED.

Dated:   March 29, 2017,                         _____
                                                Nathanael M. Cousins
                                                United States Magistrate Judge